675 A.2d 1238

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Joseph H. METTS, Petitioner.**

Supreme Court of Pennsylvania.

May 29, 1996.

*ORDER*

PER CURIAM:

AND NOW, this 29th day of May, 1996, the Petition for Allowance of Appeal is granted, limited to the issue of whether *Commonwealth v. Brion*, 381 Pa.Super. 83, 552 A.2d 1105 (1989) must be retroactively applied to this case.